IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL FAZIO, <br><br>       Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES <br> and <br> ESCREEN, INC. <br><br>       Defendants. | Civil Action No.: 21-1748 |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties having resolved this matter, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the parties through their Undersigned Counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

*/s/ Timothy S. Seiler*
Timothy Seiler, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Sq., Suite 128
Bensalem, PA
(215) 639-0801
Attorney for Plaintiff

*/s/ Kristin L. Witherell*
Kristin L. Witherell, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
kwitherell@seyfarth.com
Attorneys for Defendants

Dated:       December 2, 2022

89890529v.1